UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-327-2D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | **(Under Seal)** |
| BRANDON SHANE REAMS | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry 87 be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office and Counsel for the Defendant.

This the 2 day of June, 2021.

JAMES C. DEVER, III
United States District Judge